## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SHABIR AHMAD STANIKZAI, )
DETAINEE; )
                                                     )                 3:26-CV-00861-MJH
                                                     )
               Petitioner,              )
                                                     )
                                                     )
        vs.                                  )
                                                     )
                                                     )
LEONARD ODDO, IN HIS OFFICIAL    )
CAPACITY AS THE FACILITY
ADMINISTRATOR OF THE
MOSHANNON VALLEY PROCESSING
CENTER; BRIAN MCSHANE, IN HIS
OFFICIAL CAPACITY AS ACTING
PHILADELPHIA FIELD OFFICE
DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS
ENFORCEMENT; MARKWAYNE
MULLIN, IN HIS OFFICIAL CAPACITY
AS SECRETARY OF THE DEPARTMENT
OF HOMELAND SECURITY; AND TODD
BLANCHE, ACTING ATTORNEY
GENERAL OF THE UNITED STATES;

               Respondents,

## CASE MANAGEMENT ORDER

The Court orders as follows:

1.      **Service**.  Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov.

2.      The subject line of the email shall contain the case caption and case number of this case.  If the Petition contains voluminous exhibits, they need not be emailed.[1]  The email service shall be deemed sufficient to accomplish formal service of the Petition.  No other documents, pleadings, or motions may be emailed to this email address.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

- 2 -

3.    **Certificate of compliance of service.**  Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of services

4.    **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

5.    **Respondents' responses to the petition.**  Respondents shall file any responses or answers to the petition within **7 days** of the date of service.  Responses are limited to **25 pages**, double-spaced.

6.    **Petitioner's reply in support of the petition.**  Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition.  The Reply is limited to **5 pages**, double-spaced.

DATED this 12th day of May 2026.

BY THE COURT:

/s/ Marilyn J. Horan
United States District Judge

- 2 -